# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

VINCENT A. BAGBY,

    Plaintiff,

v.

STATE FARM INSURANCE COMPANY, INC., *et. al.*,

    Defendants.

Case No. 3:17-cv-01069-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED** without prejudice for lack of jurisdiction.

DATED: November 7, 2017

        **JUSTINE FLANAGAN,**
        **Acting Clerk of Court**

        BY: *s/Tina Gray*
            **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**